Ian W. Sloss (admitted *pro hac vice*)
SILVER GOLUB & TEITELL LLP
One Landmark Square, 15th Floor
Stamford, Connecticut 06901
Telephone: (203) 325-4491
isloss@sgtlaw.com

Patrick Carey, (Bar No. 30862)
Mark Todzo, (Bar No. 168389)
LEXINGTON LAW GROUP, LLP
503 Divisadero Street
San Francisco, California 94105
Telephone: (415) 913-7800
pcarey@lexlawgroup.com
mtodzo@lexlawgroup.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.T.G., S.B.G., and S.J.G., minors, by and through their guardian SAMUEL GARCIA, I.H. and E.H., by and through their guardian ARNOLD HERNANDEZ, and M.A and E.V.A, by and through their guardian STEPHANIE ALLEN, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br>  v.<br><br>EPIC GAMES, INC.<br><br>            Defendant. | Case No.: 3:24-cv-00517 RSH AHG<br><br>Hon. Robert S. Huie<br><br>**DECLARATION OF SAMUEL GARCIA** |

Samuel Garcia declares under penalty of perjury of the laws of the United States as follows:

1. I am the Father of S.B.G., S.J.G. and S.T.G. and appointed Guardian Ad Litem to S.B.G., S.J.G. and S.T.G. in this action. I have personal knowledge of the facts stated herein, and I am otherwise competent to testify. I submit this declaration in support of Plaintiff's Opposition to Defendant's Motion to Compel Arbitration or Transfer.
2. I did not download or install Fortnite on S.B.G., S.J.G. or S.T.G.'s device or create an account with Epic Games, Inc. ("Epic"). I did not ever see, read or agree to Epic's End User License Agreement ("EULA").
3. I did not access S.B.G., S.J.G. or S.T.G's accounts or see, read or agree to Epic's amended EULA or at any other time.
4. I did not give S.B.G., S.J.G. or S.T.G my permission to click "I accept" any EULAs.
5. To my knowledge, there are no safeguards in place requiring my presence or acceptance of any user terms.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on _____6/26/2024_____ at _____San Diego CA_____.

_____
Samuel Garcia