Ian W. Sloss (admitted *pro hac vice*)
SILVER GOLUB & TEITELL LLP
One Landmark Square, 15th Floor
Stamford, Connecticut 06901
Telephone: (203) 325-4491
isloss@sgtlaw.com

Patrick Carey, (Bar No. 30862)
Mark Todzo, (Bar No. 168389)
LEXINGTON LAW GROUP, LLP
503 Divisadero Street
San Francisco, California 94105
Telephone: (415) 913-7800
pcarey@lexlawgroup.com
mtodzo@lexlawgroup.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.T.G., S.B.G., and S.J.G., minors, by and through their guardian SAMUEL GARCIA, I.H. and E.H., by and through their guardian ARNOLD HERNANDEZ, and M.A and E.V.A, by and through their guardian STEPHANIE ALLEN, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> EPIC GAMES, INC. <br><br> Defendant. | Case No.: 3:24-cv-00517 RSH AHG <br><br> Hon. Robert S. Huie <br><br> **DECLARATION OF PLAINTIFF S.J.G.** |

S.J.G. declares under penalty of perjury of the laws of the United States as follows:

1. I am a minor and a Plaintiff in this action. I have personal knowledge of the facts stated herein, and I am otherwise competent to testify. I submit this declaration in support of Plaintiff's Opposition to Defendant's Motion to Compel Arbitration or to Transfer.
2. In or around May of 2022, when I was 6 years old, I downloaded and installed Fortnight in San Diego, California, with the help of my older siblings, who were all under 18 years old at the time. I used my own email address to register for an account with Epic Games ("Epic"), as was required to play the game. My father was not involved in helping me create the account.
3. I clicked through what I now know is Epic's End User License Agreement ("EULA"), though I don't recall when I did so.
4. When I clicked through the EULA, I did not read or understand any of the EULA.
5. I not did know that I was supposed to ask my father for his permission to click through the EULA.
6. I cannot remember clicking through Epic's EULA, but I know that I am the only one who could have done so because I downloaded the game to my own personal device and am the only one who accesses my account.
7. At the time I clicked through the EULA, I did not understand what it meant.
8. I now no longer play Fortnight and will not play it in the future.
9. I do not consent to arbitrate any of the claims in this action, and disaffirm the EULA in its entirety.

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct.

Executed on 7/5/2024 at San diego ca.

DocuSigned by:
CFA14ACB9882418...

S.J.G.