Patrick Carey, (Bar No. 30862)
Mark Todzo, (Bar No. 168389)
**LEXINGTON LAW GROUP, LLP**
503 Divisadero Street
San Francisco, California 94105
Telephone: (415) 913-7800
pcarey@lexlawgroup.com
mtodzo@lexlawgroup.com

Ian W. Sloss (*pro hac vice*)
**SILVER GOLUB & TEITELL LLP**
One Landmark Square, 15th Floor
Stamford, Connecticut 06901
Telephone: (203) 325-4491
isloss@sgtlaw.com

*Attorneys for Plaintiffs and the Proposed Class*

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.T.G., S.B.G., and S.J.G., minors, by and through their guardian SAMUEL GARCIA, I.H. and E.H., by and through their guardian ARNOLD HERNANDEZ, and M.A and E.V.A, by and through their guardian STEPHANIE ALLEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EPIC GAMES, INC.<br><br>Defendant. | Civil Case No.: 24CV0517 RSH AHG<br><br>**DECLARATION OF STEPHANIE ALLEN** |

## DECLARATION OF STEPHANIE ALLEN

I, Stephanie Allen, declare as follows:

1. I am the parent and legal guardian of the minor plaintiffs MA and EVA in the above-captioned matter. I have personal knowledge of the facts stated herein, and I am otherwise competent to testify.

2. My child, MA, was under the age of 13 during the Class Period and played Fortnite on several accounts during the Class Period.

3. My child, EVA, is under the age of 13 and has played Fortnite using an account that I set up with my email address during the Class Period.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: July 8, 2024

_____
Stephanie Allen