**FAEGRE DRINKER BIDDLE REATH LLP**
PAUL A. ROSENTHAL (SBN 338994)
paul.rosenthal@faegredrinker.com
600 Campus Drive
Florham Park, New Jersey 60606
Telephone:  (973) 564-7030
Facsimile:   (973) 360-9831

Attorneys for Defendant
EPIC GAMES INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.T.G., S.B.G., and S.J.G., minors, by and through their guardian SAMUEL GARCIA, I.H. and E.H., by and through their guardian ARNOLD HERNANDEZ, and M.A and E.V.A, by and through their guardian STEPHANIE ALLEN, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>     v.<br><br>EPIC GAMES, INC.<br><br>                Defendant. | Case No.: 3:24-cv-0517 RSH AHG<br><br>Hon. Robert S. Huie<br><br>**DEFENDANT EPIC GAMES, INC.'S NOTICE OF APPEAL OF ORDER DENYING MOTION TO COMPEL ARBITRATION (Dkt. No. 21)**<br><br>Judge: Robert S. Huie<br><br>Action Filed:  March 18, 2024<br><br>Trial Date:     None set |

# NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that Defendant Epic Games, Inc. ("Epic Games") appeals, pursuant to the Federal Arbitration Act, 9 U.S.C. § 16, to the United States Court of Appeals for the Ninth Circuit. Epic Games appeals from this Court's Order Denying Defendant's Motion to Compel Arbitration as to Plaintiff E.V.A., a minor, suing by and through her guardian Stephanie Allen (Dkt. No. 21), entered on October 2, 2024. This Court compelled all other Plaintiffs to arbitrate their disputes with Defendant.

Epic Games' Representation Statement is attached to this Notice, as required by Ninth Circuit Rule 3-2.

Dated: October 21, 2024    **FAEGRE DRINKER BIDDLE & REATH LLP**

By: /s/ *Paul A. Rosenthal*
Paul A. Rosenthal
Jeffrey S. Jacobson

Attorneys for Defendant Epic Games, Inc.

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> EPIC GAMES, INC.

Name(s) of counsel (if any):

> FAEGRE DRINKER BIDDLE & REATH LLP
> Jeffrey S. Jacobson

Address: 1177 Avenue of the Americas, New York, NY 110036

Telephone number(s): 212-248-3191

Email(s): jeffrey.jacobson@faegredrinker.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> E.V.A., a minor, by and through her guardian Stephanie Allen

Name(s) of counsel (if any):

> LEXINGTON LAW GROUP, LLP
> Patrick Carey
> Mark Todzo

Address: 503 Divisadero Street, San Francisco, 94105

Telephone number(s): 415-913-7800

Email(s): pcarey@lexlawgroup.com, mtodzo@lexlawgroup.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                                    1                                              *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

EPIC GAMES, INC.

Name(s) of counsel (if any):

FAEGRE DRINKER BIDDLE & REATH
Paul A. Rosenthal

Address: 600 Campus Drive Florham Park, NJ 07932

Telephone number(s): 973 549 7030

Email(s): paul.rosenthal@faegredrinker.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellees**

Name(s) of party/parties:

E.V.A., a minor, by and through her guardian Stephanie Allen

Name(s) of counsel (if any):

SILVER GOLUB & TEITELL LLP
Ian W. Sloss

Address: One Landmark Square, 15th Floor, Stamford, CT 06901

Telephone number(s): 203-325-4491

Email(s): isloss@sgtlaw.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*